QUICKVIEW SYSTEMS
INCORPORATED, Plaintiff–Appellant,

v.

BELO INTERACTIVE, INC.,
Defendant–Appellee.

No. 2006–1091.

United States Court of Appeals,
Federal Circuit.

Dec. 8, 2006.

SCHALL, LINN, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

JUDGMENT